UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LOUIS J. DOMENICO III,** | : | |
| **Plaintiff** | : | CIVIL ACTION NO. 3:15-0530 |
| v. | : | (JUDGE MANNION) |
| **COLONIAL USED AUTO SALES INC., RALPH VECCHIO SR., RALPH VECCHIO, JR., TERRY VECCHIO, and MARGUERITE VECCHIO** | : : : | |
| **Defendants** | : | |

# O R D E R

For the reasons stated in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the defendants' motion *in limine* to limit the scope of Sandra Christiane Kathleen Domenico's ("Mrs. Domenico") testimony, (Doc. 41), is **GRANTED** and her testimony shall be limited to the following issues:

1. Recommendations made by Mrs. Domenico that plaintiff see a psychologist;

2. Nonprivileged communications with Mr. And Mrs. Ertle; and

3. Observations of plaintiff during the times he alleges defendants harassed and retaliated against him.

**IT IS FURTHER ORDERED THAT** the plaintiff's motions *in limine* to exclude evidence that a "lack of work" was a justification for his firing and to exclude certain character evidence, (Doc. 43), is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Plaintiff's motion to exclude evidence that a "lack of work" was a justification for defendants' employment action against him is **DENIED**;

2. Plaintiff's motion to exclude evidence of an altercation with former co-worker Frederick Hagman is **DENIED**;

3. Plaintiff's motion to exclude evidence of his past criminal history, specifically his 2007 harassment conviction, is **GRANTED** and said evidence shall be excluded both substantively and as impeachment;

4. Plaintiff's motion to exclude evidence concerning his relationship with his children is **GRANTED**;

5. Plaintiff's motion to exclude evidence regarding his alleged alcohol usage is **GRANTED**; and

6. Plaintiff's motion to exclude evidence of derogatory statements made to female African American customers while working at Colonial Used Auto Sales Inc. is **GRANTED** at this time.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 29, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0530-01-order.wpd